```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**KENDAL L. COLLIER**                                              **PLAINTIFF**

             **v.**       **CIVIL NO. 10-2042**

**SAXON MORTGAGE SERVICES, INC.**                                  **DEFENDANT**

<u>ORDER</u>

NOW on this 29th day of November, 2010, the above referenced matter comes on for this Court's consideration of the **Motion to Withdraw** (document #24). The Court, being well and sufficiently advised, finds and orders:

  \*   that the motion should be, and hereby is, **granted**; and,

  \*   that Marian M. McMullan and Angela L. Boyd should be, and hereby are, relieved of their obligations in this matter with respect to their representation of Saxon Mortgage Services, Inc.

  IT IS SO ORDERED.

                              <u>/s/ Jimm Larry Hendren</u>
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**